GUSTAVE NEUMEYER et al., Respondents, *v.* HORACE B. HOOKER et al., Appellants.

*Neumeyer* v. *Hooker*, 131 App. Div. 592, affirmed.
(Argued October 17, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1909, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial· in an action to recover on an alleged contract of sale.

*Nelson E. Spencer* for appellants.

*Walter Carroll Low* and *Henry Hoelljes* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, HAIGHT, VANN, WERNER and CHASE, JJ. Not voting: CULLEN, Ch. J.